UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH RAETANO, Individually,

        Plaintiff,                    Case No. 8:11-cv-02617-EAK-TGW

vs.

SKIPPER PALMS PLAZA LLC, a Florida
Limited Liability Company,

        Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT.

        Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The Parties have stipulated in their Agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

**FOR THE PLAINTIFF:**                              **FOR THE DEFENDANT:**

**/s/John P. Fuller**                                   **/s/Robert G. Walker**
John P. Fuller, Esq.                                Robert G. Walker, Jr.
Florida Bar No.: 0276847                  *Attorney for the Defendant*
*Attorney for Plaintiffs*                      Law Office of Robert G. Walker, Jr.
Fuller, Fuller & Associates, P.A.           1421 Court Street, Suite F
12000 Biscayne Boulevard, Suite 609     Clearwater, Florida 33756-6147
North Miami, Florida 33181               Telephone: (727) 442-8683
Telephone: (305) 891-5199                Facsimile: (727) 441-1895
Facsimile: (305) 893-9505                 walkerlaws@aol.com
jpf@fullerfuller.com

Date: **September 18, 2012**               Date: **September 18, 2012**