UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH RAETANO,

    Plaintiff,

v.                                  CASE No. 8:11-CV-2617-T-TGW

SKIPPER PALMS PLAZA LLC,

    Defendant.

_____:

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice (Doc. 16). The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED and ADJUDGED as follows:

1. The Stipulation for Dismissal With Prejudice (Doc. 16) be, and the same is hereby APPROVED.

2. The above-styled cause be, and the same is hereby **DISMISSED with prejudice.**

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement.

4. To the extent not otherwise disposed of herein, all pending motions are hereby DENIED as moot.

5. The Clerk is directed to **CLOSE** this case.

DONE and ORDERED at Tampa, Florida, this 19th day of September, 2012.

*[signature]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE